No. D–2347.  IN RE DISCIPLINE OF CALDWELL.  David Caldwell, of Dallas, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2348.  IN RE DISCIPLINE OF APPLEBERRY.  Miles Hartman Appleberry, of San Antonio, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2350.  IN RE DISCIPLINE OF CARSEY.  Steven M. Carsey, of Fort Worth, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2351.  IN RE DISCIPLINE OF LAYER.  Ronald Bruce Layer, of San Antonio, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2352.  IN RE DISCIPLINE OF MONAHAN.  Dennis Francis Monahan, of Medway, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2353.  IN RE DISCIPLINE OF GIBBONS.  James Anthony Gibbons, of Clinton, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.